# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **THOMAS C. MAFFEI,** | 3:12-CV-01394-BR |
| **Plaintiff,** | **JUDGMENT OF REMAND** |
| v. | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

Based on the Court's Opinion and Order (#18) issued September 12, 2013, **IT IS ADJUDGED** this matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 12th day of September, 2013.

                                                     /s/ Anna J. Brown
                                                   ANNA J. BROWN
                                                   United States District Judge