LISA R. PORTER
KP Law LLC
16200 SW Pacific Hwy, Suite H-280
Portland, OR 97224
(503) 245-6309
OSB NO. 025035
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| Thomas C. Maffei,<br>　　　　Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN<br>COMMISSIONER of Social Security,<br>　　　　Defendant　　　　/ | Civil Action No. 3:12-cv-01394-BR<br><br><br>ORDER GRANTING AWARD<br>OF EAJA FEES, EXPENSES<br>COSTS |

**ORDER**

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(1)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), it is hereby ordered that EAJA attorney's fees of $3,116.68 and expenses $6.41 and costs of $6.80, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid to the Plaintiff, and mailed to the attorney's office.

　　　　Done this 6ᵀᴴ day of December, 2013.

_____
Judge

Presented by:

s/Lisa R.J. Porter
Lisa R.J. Porter, OSB 025035
Attorney for Plaintiff
16200 SW Pacific Hwy., Suite H280
Portland, OR 97224